**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| Isaias Lorenzo Lopez,<br>*Petitioner*,<br><br>v.<br><br>William P. Barr, Attorney General,<br>*Respondent.* | No. 15-72406<br><br>Agency No.<br>A078-242-814<br><br>ORDER |

Filed January 23, 2020

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition in this case shall not be cited as precedent by or to any court of the Ninth Circuit.